LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| WANDA PIKES, | No.  EDCV 09-6751 FFM |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND ONE HUNDRED FORTY FOUR DOLLARS AND 78/100 ($3,144.78) subject to the terms of the stipulation.

    DATE: February 1, 2011

                /S/ FREDERICK F. MUMM

                HON. FREDERICK F. MUMM
                UNITED STATES MAGISTRATE JUDGE